# United States Court of Appeals
## For the First Circuit

———————————

No. 17-2171

UNITED STATES,

Appellee,

v.

ALDO FERNANDO GUERRERO-CLAVIJO, a/k/a Carlos Fernando Guerrero, a/k/a Rolo, a/k/a Zeus,

Defendant, Appellant.

———————————

Before

Howard, <u>Chief Judge</u>,
Torruella and Kayatta, <u>Circuit Judges</u>.

———————————

**JUDGMENT**

Entered: August 16, 2018

Appellant Aldo Fernando Guerrero-Clavijo appeals from the denial of a motion captioned "Petitioner File 3582(c)(2) Under 782 Amendment to Reconsider His Denial Under 2S1.1." Appellant filed the motion nearly two years after the district court's denial of his 18 U.S.C. § 3582(c) motion for reduction of sentence pursuant to Amendment 782 to the guidelines. We need not determine whether appellant's motion for reconsideration was cognizable as a general matter. As explained in this court's judgment of June 23, 2016, in appeal 16-1536, the district court did not err by denying § 3582(c) relief. The government's motion for summary disposition is **GRANTED**, and the district court's denial of the motion is **AFFIRMED**.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Cynthia A. Young, Nathaniel R. Mendell, Neil J. Gallagher Jr., Jennifer H. Zacks,
Aldo Fernando Guerrero-Clavijo